UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

LAMONE T. BLUE,

   Plaintiff,

 vs.

C/O STOUFFER, et al.,

   Defendants.

Case No. C05-1049-RSL-JPD

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE

   The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the memorandum from the clerk to plaintiff on June 9, 2005.  The clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before July 8, 2005, could result in dismissal of the case.  Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

   It is therefore ORDERED:

   (1) The application to proceed in forma pauperis is DENIED;

   (2) The case is DISMISSED without prejudice;

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C05-1049-RSL-JPD

1       The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge James
2 P. Donohue.

4       Dated this 25th day of July, 2005.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

9 Recommended for entry this
10 14th day of July, 2005.

11 /s/  JAMES P. DONOHUE
12 United States Magistrate Judge

27 ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
28 DISMISSING CASE - C05-1049-RSL-JPD       -2-